IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 JUL 18  PM 2: 46

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROGER LEE STERLING, )<br>)<br>Defendant. ) | Case No. 4:00CR3107 |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing ____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Motion to Review Detention and Request for Hearing under seal.

DATED this 18th day of July, 2005.

BY THE COURT:

*[signature]*

The Honorable David L. Piester
United States Magistrate Judge