FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA** 05 AUG 31 PM 3: 47

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:00CR3107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ROGER LEE STERLING, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)    The defendant's request to file motion under seal (filing ___) is granted;

(2)    The defendant's unopposed motion to continue revocation hearing (filing ___) is granted;

(3)    Defendant Sterling's revocation hearing is continued to Tuesday, December 6, 2005, at 1:00 p.m., before the undersigned United States District Judge, in the Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court;

(4)    This order shall be filed under seal.

August 31, 2005.

BY THE COURT:

Richard G. Kopf
United States District Judge