IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 DEC -6 AM 10: 41

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROGER LEE STERLING,<br><br>    Defendant. | Case No. 4:00CR3107 |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing ____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Unopposed Motion to Continue Revocation Hearing under seal.

DATED this 6th day of December, 2005.

BY THE COURT:

*/s/ Richard G. Kopf*

The Honorable Richard G. Kopf
United States District Judge