IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 DEC -6 AM 10: 42

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:00CR3107 |
| ROGER LEE STERLING, | ) ) ) |
| Defendant. | ) ) |

## ORDER

THIS MATTER comes before the Court on defendant's motion to continue the December 6, 2005, revocation hearing in this case until a date and time certain in approximately 60 days. Filing ____. The Court, being fully advised in the premises, and noting that the government and the Probation Office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until __February 21__, 200_6_, at __12:30__ _p_. m. The defendant is ordered to appear at such time.

Dated this _6th_ day of __December__, 2005.

BY THE COURT:

_(signature)_
The Honorable Richard G. Kopf
United States District Judge